OPINION — AG — **** FIREMEN — RETIREMENT **** HOUSE BILL 1616, THIRTY SECOND LEGISLATURE, SECOND SESSION, APPLIES TO A FIREMAN, OTHERWISE QUALIFIED, WHO RETIRES ON FEBRUARY 21, 1970. IN THE CASE OF A FIREMAN WHO RETIRED ON FEBRUARY 21, 19770, SAID DATE OF FEBRUARY 21, 1970, WAS THE DATE OF THIRTY (30) MONTHS OF SERVICE STOPPED, AND AUGUST 22, 1967, WAS THE DATE SAID THIRTY (30) MONTHS OF SERVICE STATED. CITE: 11 O.S. 1961 364 [11-364] (W. HOWARD O'BRYAN)